UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA L. STARKE COLSTEN, | ) |
| *Plaintiff*, | ) ) ) |
| *vs.* | ) )  No. 1:20-cv-03104-JMS-DML |
| MUNCIE SANITARY DISTRICT, | ) ) ) |
| *Defendant*. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff Linda L. Starke Colsten and in favor of the Muncie Sanitary District, such that Plaintiff shall take nothing by way of her Complaint.

Date: 2/17/2022

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _*[signature]*_____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record.**